**Order entered February 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01374-CV

### QUALITY CLEANING PLUS, INC., Appellant

### V.

### PREFERRED STAFF, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08606**

### ORDER

Before the Court is appellant's February 9, 2023 motion requesting a thirty-day extension of time to file its opening brief and appellee's response opposing any extension greater than five days. We **GRANT** the motion **only to the extent** that we extend the time to **Monday March 6, 2023**. Because this is an accelerated appeal, we caution appellant that further extension requests will be disfavored.

/s/    BILL PEDERSEN, III
       JUSTICE